AUBREY GOLDBERG, ESQ.
Nevada Bar No. 002200
GREENMAN, GOLDBERG, RABY & MARTINEZ
601 South Ninth Street
Las Vegas, Nevada 89101
(702) 384-1616
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER BIRD, | CASE NO. 2:13-cv-01027-MMD-NJK |
| Plaintiff, | |
| vs. | |
| ALLSTATE INSURANCE COMPANY, an Illinois corporation; and DOES I through X and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

### STIPULATION TO REMAND ACTION TO DISTRICT COURT FOR THE STATE OF NEVADA

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties hereto that the above-entitled case be remanded to and governed by the Eighth Judicial District Court for the State of Nevada.

This is a personal injury action for damages sustained by Plaintiff as a result of a hit and run automobile accident. As the person responsible fled the scene of the accident, Plaintiff made a claim under the uninsured motorist portion of her automobile policy with Defendant. When attempts to settle this matter were unsuccessful, Plaintiff filed her complaint in the Eighth Judicial District Court on or about May 15, 2013. Thereafter, this case was

removed to the United States District Court for the District of Nevada on the basis of diversity. 28 USC § 1441. The parties have since agreed the amount in controversy does not exceed the $75,000 jurisdictional requirement for diversity actions and, thus, the parties now stipulate to remand this case back to the District Court for the State of Nevada.

Dated this 17th day of September, 2013.

| GREENMAN, GOLDBERG, RABY & MARTINEZ | PYATT SILVESTRI |
|---|---|
| By /s/ Aubrey Goldberg | By: /s/ Christopher M. Keller |
| AUBREY GOLDBERG, ESQ.<br>Nevada State Bar No. 2200<br>601 South Ninth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiffs | CHRISTOPHER M. KELLER, ESQ.<br>Nevada State Bar No. 7399<br>701 S. Bridger Avenue,<br>Suite 600<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

GREENMAN, GOLDBERG
RABY & MARTINEZ
601 SOUTH NINTH STREET
LAS VEGAS, NEVADA
89101-7012
(702) 384-1616
FAX: (702) 384-2990

AUBREY GOLDBERG, ESQ.
Nevada Bar No. 002200
GREENMAN, GOLDBERG, RABY & MARTINEZ
601 South Ninth Street
Las Vegas, Nevada 89101
(702) 384-1616
Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER BIRD, | ) CASE NO. 2:13-cv-01027-MMD-NJK |
| Plaintiff, | ) |
| vs. | ) |
| ALLSTATE INSURANCE COMPANY, an Illinois corporation; and DOES I through X and ROE CORPORATIONS I through X, inclusive, | ) |
| Defendants. | ) |

### ORDER RE: REMAND BACK TO DISTRICT COURT
### FOR THE STATE OF NEVADA

Before the Court is the **Stipulation between the Parties to Remand Action to the District Court for the State of Nevada,** for the reasons set forth in this stipulation and as there has been an expressed disavowal by Plaintiffs that their settlement demands do not exceed the jurisdictional diversity threshold of $75,000;

. . .

. . .

. . .

. . .

GREENMAN, GOLDBERG
RABY & MARTINEZ
601 SOUTH NINTH STREET
LAS VEGAS, NEVADA
89101-7012
(702) 384-1616
FAX: (702) 384-2990

IT IS THEREFORE ORDERED that pursuant to the Stipulation, this matter is remanded to the District Court for the State of Nevada.

DATED this 18th day of September, 2013.

Miranda M. Du
United States District Judge

GREENMAN, GOLDBERG
RABY & MARTINEZ
601 SOUTH NINTH STREET
LAS VEGAS, NEVADA
89101-7012
(702) 384-1616
FAX: (702) 384-2990